JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/29/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MICHAEL MORENO,<br><br>Petitioner,<br><br>vs.<br><br>JAMES YATES, Warden,<br><br>Respondent. | Case No. CV 08-3255-AHM (RNB)<br><br>**JUDGMENT** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 26, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE